IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ANTONIO MCGEE,                                              *

           Petitioner,                              *

v.                                                                         Case No.    7:21-CV-68(WLS)

                                         *

ASHLEY PAULK,

                                         *

           Respondent.                           *

## **J U D G M E N T**

Pursuant to this Court's Order dated October 4, 2021, having accepted the recommendation of the

United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of October, 2021.

David W. Bunt, Clerk


s/ Robin L. Walsh, Deputy Clerk